**MEMO ENDORSED**

# Ricotta & Marks, P.C.

*Attorneys at Law*
24-11 41st Ave., Second Floor
Long Island City, New York 11101
Telephone (347) 464-8694  Facsimile (800) 483-4508
www.QueensEmploymentAttorney.com

---

June 19, 2023

**<u>Via ECF</u>**
Honorable Edgardo Ramos
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

> The request is granted. The opposition to Success Academy's motion for summary judgment shall be filed by July 13, 2023, and the reply brief shall be filed by August 10, 2023. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: June 20, 2023
> New York, New York

<u>Harriott v. Success Academy Charter Schools</u>
Docket No.: 22-cv-3037(ER)

Dear Judge Ramos:

      This Firm represents the Plaintiff, Tyrell Harriott ("Harriott"), in the above-referenced matter. We write, after conferring with opposing counsel, and with their consent, in order request a modification of the briefing schedule on Defendants' motion for summary judgment, which would grant a two-week extension of the schedule with respect to Plaintiff's opposition and Defendant's reply. Presently, Plaintiff's opposition papers are due June 29, 2023. Despite best efforts, and due to other pressing matters, including an unexpected hearing, that required attention, we necessitate additional time to finalize our papers and review same with our client. Defendants have consented to this extension, but given that their reply papers would be due while they are conducting a hearing themselves, along with motion practice, they have requested an additional two weeks to submit their reply. As such, it is respectfully request that the Court So Order the following extension/modification of the briefing schedule on Defendants' motion for summary judgment:

- Plaintiff's opposition papers to be served on or before July 13, 2023;
- Defendants' reply papers, to be served and all papers filed with the Court on or before August 10, 2023.

      Thank you for Your Honor's time and consideration of this request. This is the first request for the relief sought.

Respectfully submitted,

RICOTTA & MARKS, P.C.

/s<br>Matthew Marks

cc: Diane Windholz, Esq. (*via ECF*)
    Laura Victorelli, Esq. (via *ECF)*