**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
TYRELL HARRIOTT,

                Plaintiff,                22 **CIVIL** 3037 (ER)

    -against-                  **JUDGMENT**

SUCCESS ACADEMY CHARTER SCHOOLS,

                Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 23, 2024, Success Academy's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       February 23, 2024

                                        **RUBY J. KRAJICK**
                                        _____
                                           **Clerk of Court**

                  **BY:**
                                         _____
                                           **Deputy Clerk**